mR

**RECEIVED**
APR 26 2016
4-26-16
THOMAS G. BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Erin Jessica Eiler )
_____ )
_____ )
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
) 1:16-cv-04665
South Dakota Human ) Judge Amy J. St. Eve
Services Center, EEOC ) Magistrate Judge Mary M. Rowland
)
et al. )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is __Erin Jessica Eiler__ of the county of __Christian__ in the state of __Illinois__.

3. The defendant is __South Dakota Human Services Center, EEOC, etc!__ whose street address is __PO Box 7600__,
(city)__Yankton__ (county)_____ (state)__SD__ (ZIP)__57078__

(Defendant's telephone number) (___) _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
__3515 Broadway St.__ (city)__Yankton__
(county)_____ (state)__SD__ (ZIP code)__57078__

5. The plaintiff [*check one box*]

   (a) ☒ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October, (day) 15, (year) 2014.

7.1 (*Choose paragraph 7.1 or 7.2, do not complete both.*)

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) December (day) 2 (year) 2014.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. *Right to Sue* ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☒ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __March__ (day) __11__ (year) __2016__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c)[X] Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)[X] National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)[X] Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)[X] Religion (Title VII of the Civil Rights Act of 1964)

(g)[X] Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a)[X] failed to hire the plaintiff.

(b)[ ] terminated the plaintiff's employment.

(c)[ ] failed to promote the plaintiff.

(d)[ ] failed to reasonably accommodate the plaintiff's religion.

(e)[X] failed to reasonably accommodate the plaintiff's disabilities.

(f)[ ] failed to stop harassment;

(g)[X] retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)[ ] other (specify):_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

The defendant interfered with the plaintiff's exercise of and equal enjoyment of rights by discriminating against plaintiff based on disabilities. Results of interview were not correctly notated for reasons of non-hiring. The final decision violated equal opportunity rights and Title VII Americans with Disabilities Act and other anti-discrimination laws under US Constitution.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☒ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____

_____

_____

_____

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
_Erin J. Eiler_

(Plaintiff's name)
_Erin Jessica Eiler_

(Plaintiff's street address)
_407 S. Grant St._

_____

(City) _Pana_ (State) _IL_ (ZIP) _62557_

(Plaintiff's telephone number) _(605) 968-5557_

Date: _April 25, 2016_

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

**RECEIVED EEOC**
NOV 06 2015
**CHICAGO DISTRICT OFFICE**

To: Erin J. Eiler
407 S. Grant Street
Pana, IL 62557

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 32J-2015-00006 | Daniel Lim, State & Local Coordinator | (312) 869-8082 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman /sr*

Julianne Bowman,
District Director

November 2, 2015
(Date Mailed)

Enclosures(s)

cc: Chief Executive Officer
SOUTH DAKOTA HUMAN SERVICES CENTER
P.O. Box 7600
Yankton, SD 57078



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
Chicago TTY (312) 869-8001
Enforcement Fax: (312) 869-8220
Legal Fax: (312) 869-8124

March 11, 2016

Ms. Erin J. Eiler
PO Box 222
Pana, IL 62557

      Re:    Erin J. Eiler v. South Dakota Human Services Center
            EEOC Charge Number: 32J-2015-00006

Dear Ms. Eiler:

The Dismissal and Notice of Rights or Notice of Right to Sue has been returned by the United States Postal Service as either "Unclaimed" or "Undeliverable" or "Forward Time Expired." Please note that you have only 90 days from the date of receipt in which to file suit in federal court.

If you have any further questions, please feel free to contact Daniel L. Lim, State and Local Coordinator, at (312) 869-8082. We apologize for any inconvenience.

Sincerely,

Julianne Bowman
District Director



RECEIVED EEOC
NOV 0 6 2015
CHICAGO DISTRICT OFFICE

NIXIE    662  N7E  1809  15I09/11/03/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 60661259200    *1361-10911-02-45

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2000
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>EM-15-4533-00<br>32J-2015-00006 |
|---|---|---|

South Dakota Division Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Erin J. Eiler | Home Phone (Incl. Area Code)<br>(605) 968-5557 | Date of Birth<br>04-30-1978 |
|---|---|---|

Street Address: 407 S. Grant Street, Pana, IL 62557

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SOUTH DAKOTA HUMAN SERVICES CENTER | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(605) 688-3100 |
|---|---|---|

Street Address: P.O. Box 76, Yankton, SD 57078

RECEIVED
DEC 0 4 2014
SDDHR

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-15-2014   Latest: 10-15-2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. INDIVIDUAL HARM: I was not hired.

II. RATIONAL BASIS: I believe I have been discriminated against on the basis of my disability in violation of the South Dakota Human Relations Act of 1972 and Title I of the Americans with Disabilities Act of 1990 as amended for the following reasons:
1. I applied for a Counselor position.
2. My education and background experience qualified me for the position.
3. Respondent has knowledge of my disability. I gave them a copy of my DD214 which contained information that I am disabled, I disclosed my disability when I was interviewed, and a background check was conducted.
4. Despite my qualifications I was not hired.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12-02-14 — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements
12/2/14
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 12/2/14
My commission expires July 17th, 2020

[Notary Seal – South Dakota]

```
THRIFTY JOE'S BOOKS AND MUSIC
       5932 W Bell Rd Ste D101
       Glendale, AZ, 85308-3726
              033478-B001
06/12/2015          09:20:16 AM

================================
------------- Sales Receipt -------------
Product          Sale      Final
Description      Qty       Price

PM 2-Day          1        $5.75
   (Flat Rate Envelope)
   (Expected Delivery Day: Mon 06/15)
   (CHICAGO, IL  60651)
   (includes $50 Insurance)
   (USPS Tracking #)
   (9505 5213 7171 5163 0000 47)

Total                      $5.75

Credit Card                $5.75

For ... or inquiries go to USPS.com
or call ... 22-1811.
Save ... receipt as evidence of insurance.
For ... formation on filing an insurance
claim ...
usps. ... /file-domestic-claims.htm
(domestic) or
us ... /ship/file-international-claims.htm
(... national).

              Thank you!

Bill#:  1-13717 ... 4499493-2
Clerk:  ...
```

t of

n

'492 3152

Labor & Management Division
Tel: 605.773.3681
Fax: 605.773.4211
www.sdjobs.org

No: EM-15-4533-00
o: 32J-2015-00006
ervices Center

arge the Division has determined that the facts upon
ite a violation of the South Dakota Human Relations
is enclosed. The charge was dismissed on the date

this determination may be appealed to Circuit Court
sal.

e Civil Rights Act of 1964 or Title I of the Americans
ed by the U.S. Equal Employment Opportunity
request EEOC review this action. To secure a
fifteen (15) days of your receipt of this letter. Send
tunity Commission, Chicago District Office, 500
L 60661. Otherwise, EEOC will generally adopt our

ision's action in this case or your further rights
address and telephone number.

se

ierre, SD 57501-2291

 Erin Eiler <eiler.erin7@gmail.com>

## EEOC Testing -- Please keep us updated with your email/home address...
5 messages

---

**DANIEL LIM** <DANIEL.LIM@eeoc.gov>  
To: Eiler.Erin7@gmail.com

Wed, Aug 26, 2015 at 1:00 PM

---

**Erin Eiler** <eiler.erin7@gmail.com>  
To: DANIEL LIM <DANIEL.LIM@eeoc.gov>

Wed, Aug 26, 2015 at 1:15 PM

Hi, yes I received your email.
Thanks,
Erin Eiler
(605)968-5557

On Wed, Aug 26, 2015 at 11:00 AM, DANIEL LIM <DANIEL.LIM@eeoc.gov> wrote:

---

**Erin Eiler** <eiler.erin7@gmail.com>  
To: DANIEL LIM <DANIEL.LIM@eeoc.gov>

Fri, Aug 28, 2015 at 10:13 AM

Attached is my email of my receipt for mailing appeal to EEOC, Chicago District Office, 500 W Madison Street, Suite 2000, Chicago, IL 60661 on June 12, 2015. This would uphold in court similar to filing date as date of mailing.

Sincerely,

Erin Eiler
Eiler.Erin7@gmail.com
[Quoted text hidden]

📄 Reciept.pdf
327K

---

**Erin Eiler** <eiler.erin7@gmail.com>  
To: DANIEL LIM <DANIEL.LIM@eeoc.gov>

Wed, Oct 7, 2015 at 9:24 PM

Hi, I was wondering if you may have any updates on this EEOC appeal?
Thank you,
Erin Eiler
[Quoted text hidden]

---

**DANIEL LIM** <DANIEL.LIM@eeoc.gov>  
To: Erin Eiler <eiler.erin7@gmail.com>

Thu, Oct 8, 2015 at 9:22 AM

Not at this time.

>>> Erin Eiler <eiler.erin7@gmail.com> 10/7/2015 9:24 PM >>>

---

[Quoted text hidden]



Erin Eiler <eiler.erin7@gmail.com>

## Dismissal and Notice of Rights
2 messages

**HORICE TAYLOR** <HORICE.TAYLOR@eeoc.gov>       Mon, Mar 14, 2016 at 8:08 AM
To: eiler.erin7@gmail.com
Cc: DANIEL LIM <DANIEL.LIM@eeoc.gov>

Please find attached the above notice. It was also mailed to you on Friday, March 11, 2016.

Thanks

Horice Taylor



Scanned from a Xerox multifunction device.pdf
277K

**Erin Eiler** <eiler.erin7@gmail.com>      Mon, Mar 14, 2016 at 10:38 AM
To: HORICE TAYLOR <HORICE.TAYLOR@eeoc.gov>

I called last week and several times before this concerning the complaint initiated in South DAkota. The two ladies i talk to at the Chicago EEOC office last week said that nothing was on file about the complaint since May about South Dakota dismissing it. They said there was no right to sue letter visible to them in the computer system. They instructed me to contact South Dakota because it happened in South Dakota and acted like Illinois office was the wrong place to call. I emailed Daniel Limb last October and maybe phone call message had left since than. Last October Daniel Limb had replied by email to me in response to my question about any updates to the case to tell me there were no updates yet. We had agreed upon email correspondence concerning this complaint. I did not receive the right to sue letter until todays date by email.

Sincerely,

Erin Eiler
(605)968-5557
[Quoted text hidden]



Erin Eiler <eiler.erin7@gmail.com>

## Notice of Right to Sue...
1 message

**DANIEL LIM** <DANIEL.LIM@eeoc.gov>  Mon, Mar 14, 2016 at 11:03 AM
To: Eiler.Erin7@gmail.com

Ms. Eiler:

The Notice of Right to Sue was returned back to the Chicago District Office by the U.S. Postal Service in November 2015 and EEOC did not resend/mail it to you until Friday, March 11, 2016. The returned envelope and returned Form 161 with EEOC date stamped November 6, 2015, shows that you never received it. Please be advised that upon receipt of the Notice of Right to Sue, you have 90 days to file suit in court.

It was determined after the review of the file in November, that the Commission concurred with the Fair Employment Practice Agency's (SDDOLM) determination. Therefore, we issued the Notice of Right to Sue. You now have 90 days to file suit in court.

I apologize for any delay and confusion.

Sincerely,

Daniel L. Lim
State and Local Coordinator
Chicago District Office

EILER,ERIN JESSICA [IND] DD214 ENLISTED RECORD & RPT OF SEP ADMIN 05/02/2005 08:47 --- page 1 of 1 ---

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| EILER, ERIN JESSICA | ARMY/RA | 333 72 3577 |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SPC | E4 | 19780430 | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| DES PLAINES, IL | 35 COUR DALENE PALOS HILLS, IL 60465 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| MEDDAC MD HLDG CO MC | FORT KNOX, KY 40121-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE None |
|---|---|
| NA | Amount: $150,000.00 |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 91W10 00 HEALTH CARE SPECIALIST--1 YRS-9 MOS //NOTHING FOLLOWS | a. Date entered AD This Period | 2002 | 11 | 26 |
| | b. Separation Date This Period | 2005 | 04 | 14 |
| | c. Net Active Service This Period | 0002 | 04 | 19 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0001 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 2002 | 11 | 26 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
KOREA DEFENSE SERVICE MEDAL//NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
HEALTH CARE SPECIALIST CRS, 16 WEEKS, JUL 2003//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 40.0 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes X | No |

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 20001013-20021125//DISABILITY SEVERANCE PAY-- $6782.40//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|
| 134 ASH COURT RADCLIFF, KY 40160 | BARBRA LARSON 14306 COUNTRY CLUB LN ORLAND PARK, IL 60462 |

20. MEMBER REQUESTS COPY 6 BE SENT TO KY DIR OF VET. AFFAIRS X Yes No
22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature)
LEWIS W. SHEPHERD, CHIEF, TRANS CTR

21. SIGNATURE OF MEMBER BEING SEPARATED

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, PARA 4-24B(3) | JFL | 3 |

28. NARRATIVE REASON FOR SEPARATION
DISABILITY, SEVERANCE PAY

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88       Previous editions are obsolete.       MEMBER -

# Butler University

To all persons who read these letters, Greeting:

Be it known that the President, Faculty and Board of Trustees, by virtue of the authority invested in them by the great State of Indiana, have conferred upon

## Erin Jessica Eiler

the degree of

## Bachelor of Science

together with all the honors, rights, privileges and responsibilities pertaining thereto.

In witness whereof, we have affixed the Seal of the University and signed our names in the City of Indianapolis in the State of Indiana in the United States of America, on this the eleventh day of May, 2002.

Joseph J. Kirsch
Interim Dean, College of Liberal Arts and Sciences

Bobby Fong
President of the University

[Chairman of the Board of Trustees]



# Southern Illinois University

**Carbondale**

**Graduate School**

On recommendation of the Chancellor and Faculty, the Board of Trustees, by virtue of the authority vested in it, has conferred on

## Erin J. Eiler

the degree of

### Master of Business Administration
Business Administration

and has granted this Diploma as evidence thereof this second day of August, 2014



Randy J. Dunn, President
Randal T. Thomas, Chairman of Board



SOUTHERN ILLINOIS UNIVERSITY · CHARTERED 1869 · DEO VOLENTE



Chancellor
Dean

OFFICIAL TRANSCRIPT

# UNIVERSITY OF SIOUX FALLS

Office of the Registrar, Sioux Falls, SD 57105

```
Name:   Erin J Eiler                                           Student ID: 195280
        PO Box 776                                             Class: Graduate
        Sioux Falls, SD 57101


Degree:                         Major2:                        Minor2:
Degree Date:                    Major3:                        Concentration1:
Major1:  Teaching               Minor1:                        Concentration2:
===================================================================================

---------------------- Fall 2009 -----------------------
EDU514         Teaching/Learning w/ Technology    3.00  A

        attempt    earn    pass    quality   points    gpa
ses      3.00      3.00    0.00     3.00     12.00    4.000
cum      3.00      3.00    0.00     3.00     12.00    4.000


---------------------- Spring 2010 ---------------------
EDU508         Pedagogy for Middle and            3.00  A-
               Secondary Level Educators
EDU557         Literacy Across the Curriculum     3.00  A

        attempt    earn    pass    quality   points    gpa
ses      6.00      6.00    0.00     6.00     23.10    3.850
cum      9.00      9.00    0.00     9.00     35.10    3.900


------------------ Summer Session 2010 -----------------
EDU505         Human Relations                    3.00  A
EDU526         Educational Psychology & Eval      3.00  B-

        attempt    earn    pass    quality   points    gpa
ses      6.00      6.00    0.00     6.00     20.10    3.350
cum     15.00     15.00    0.00    15.00     55.20    3.680


---------------------- Fall 2010 -----------------------
EDU506         Foundations of Education           3.00  A
EDU515         Exceptional Students               3.00  A
EDU533         Native American Studies            3.00  A

        attempt    earn    pass    quality   points    gpa
ses      9.00      9.00    0.00     9.00     36.00    4.000
cum     24.00     24.00    0.00    24.00     91.20    3.800


--------------------- Spring 2011 ----------------------
EDU525         Secondary/K-12 Content Methods     2.00  A
               Science
EDU555         Research & Instructional Mngmnt    3.00  A

        attempt    earn    pass    quality   points    gpa
ses      5.00      5.00    0.00     5.00     20.00    4.000
cum     29.00     29.00    0.00    29.00    111.20    3.834
--------------------------------------------------------

End of Transcript
```

**ISSUED TO STUDENT**

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND     REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

In accordance with USC 438 (6) (4) (8) (The Family Educational Rights and Privacy Act of 1974) you are hereby notified that this information is provided upon the condition that you, your agent or employees, will not permit any other party access to this record without consent of the student. Alterations of this transcript may be a criminal offense.

Anna Heckenlaible
Registrar

THIS TRANSCRIPT IS PRINTED ON SECURE PAPER AND DOES NOT REQUIRE A RAISED SEAL