UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIN JESSICA EILER, ) | |
| ) | Case No. 16-cv-04665 |
| Plaintiff, ) | |
| ) | Judge St. Eve |
| v. ) | |
| ) | |
| SOUTH DAKOTA HUMAN SERVICES ) | |
| CENTER, EEOC, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT SOUTH DAKOTA HUMAN SERVICES CENTER'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Defendant, SOUTH DAKOTA HUMAN SERVICES CENTER, by and through its attorneys, KLEIN, THORPE AND JENKINS, LTD., respectfully moves this Court for dismissal of the above captioned action in its entirety, on its merits and with prejudice, pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. This motion is supported by the analysis contained in the accompanying "Memorandum in Support of Motion to Dismiss." In summary, Plaintiff's Complaint should be dismissed for any and all of the following reasons:

1. Lack of personal jurisdiction pursuant to FRCP 12(b)(2);

2. Lack of subject matter jurisdiction pursuant to FRCP 12(b)(1) and the Eleventh Amendment to the United States Constitution; and

3. Failure to state a claim upon which relief can be granted pursuant to FRCP 12(b)(6).

**WHEREFORE,** Defendants respectfully request that this Court grant this motion and dismiss the action in its entirety.

> Respectfully submitted,
>
> SOUTH DAKOTA HUMAN SERVICES CENTER
>
> By:_____/s/Allen Wall_____
> One of its attorneys

Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois  60606
(312) 984-6400
jawall@ktjlaw.com